UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN LEE MATTHEWS,

    Plaintiff,

v.

T. FOSS, et al.,

    Defendants.

Case No. 23-cv-02800 BLF (PR)

**JUDGMENT**

    The Court has dismissed all claims against Defendants and granted their motion for judgment on the pleadings.  Judgment is entered in favor of Defendants.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

**Dated:  __August 6, 2024_____**

    _____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\02800Matthews_judgment