UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>       Plaintiff,<br><br>    v.<br><br>T. FOSS, et al.,<br><br>       Defendants. | Case No. 23-cv-02800 EJD (PR)<br><br>**ORDER DENYING MOTION FOR PUNITIVE DAMAGES**<br><br>(Docket No. 31) |

Plaintiff, a California prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983, against the current and former Wardens of Salinas Valley State Prison ("SVSP"). Dkt. No. 1. On August 6, 2024, the Court granted in part and denied part Defendants' motion for judgment on the pleadings. Dkt. No. 29. The motion was granted on the following grounds: (1) the complaint fails to state a claim for relief based on supervisor liability against Defendants that is plausible on its face, and (2) Defendants were entitled to qualified immunity. *Id.* at 6-7. On the other hand, the Court rejected Defendants' alternative argument that Plaintiff failed to allege physical injury and denied the motion in that regard. *Id.* at 11. Judgment was entered in favor of Defendants. Dkt. No. 30.

Plaintiff has filed a motion for punitive damages, wondering "whether punitive

damages for personal injuries is granted" since the Court denied Defendants' motion in that regard.  Dkt. No. 31 at 2.  Plaintiff is advised that since his claim against Defendants was dismissed with prejudice in its entirety, he is not entitled to any relief, punitive or otherwise.  Accordingly, his motion is DENIED.

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

**Dated:  __September 9, 2024_____**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Denying Motion for Punitive Damages
PRO-SE\BLF\CR.23\02800Matthews_deny.mot

2